Frank Eric BRZOZOWSKI,
Respondent,

v.

Brenda Lea BRZOZOWSKI, Appellant.

No. WD 63634.

Missouri Court of Appeals,
Western District.

Feb. 28, 2005.

Ronald L. Jurgeson, Lee's Summit, MO, for Appellant.

John J. Benge, Lenexa, KS, for Respondent.

Before SMART, P.J., ELLIS and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Brenda Brzozowski appeals from the child custody determination in the judgment dissolving her marriage to Frank Brzozowski. Upon review of the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).